**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| KRISTIN M. PERRY; SANDRA B. STIER; PAUL T. KATAMI; JEFFREY J. ZARRILLO, <br>                    *Plaintiffs-Appellees*, <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br>      *Intervenor-Plaintiff-Appellee*, <br><br> v. <br><br> EDMUND G. BROWN, JR., in his official capacity as Governor of California; KAMALA D. HARRIS, in her official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health & State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; DEAN C. | No. 10-16696 <br><br> D.C. No. 3:09-cv-02292-VRW |

LOGAN, in his official capacity as
Registrar-Recorder/County Clerk for
the County of Los Angeles,
                            *Defendants*,

HAK-SHING WILLIAM TAM,
               *Intervenor-Defendant*,

          and

DENNIS HOLLINGSWORTH; GAIL J.
KNIGHT; MARTIN F. GUTIERREZ;
MARK A. JANSSON;
PROTECTMARRIAGE.COM - YES ON 8,
A PROJECT OF CALIFORNIA
RENEWAL, as official proponents of
Proposition 8,
   *Intervenor-Defendants-Appellants*.

---

KRISTIN M. PERRY; SANDRA B.
STIER; PAUL T. KATAMI; JEFFREY J.
ZARRILLO,
               *Plaintiffs-Appellees*,

CITY AND COUNTY OF SAN
FRANCISCO,
         *Intervenor-Plaintiff-Appellee*,

          v.

EDMUND G. BROWN, JR., in his
official capacity as Governor of

No. 11-16577

D.C. No.
3:09-cv-02292-
JW

ORDER

California; KAMALA D. HARRIS, in
her official capacity as Attorney
General of California; MARK B.
HORTON, in his official capacity as
Director of the California
Department of Public Health & State
Registrar of Vital Statistics; LINETTE
SCOTT, in her official capacity as
Deputy Director of Health
Information & Strategic Planning for
the California Department of Public
Health; PATRICK O'CONNELL, in his
official capacity as Clerk-Recorder
for the County of Alameda; DEAN C.
LOGAN, in his official capacity as
Registrar-Recorder/County Clerk for
the County of Los Angeles,

*Defendants*,

HAK-SHING WILLIAM TAM,

*Intervenor-Defendant*,

and

DENNIS HOLLINGSWORTH; GAIL J.
KNIGHT; MARTIN F. GUTIERREZ;
MARK A. JANSSON;
PROTECTMARRIAGE.COM - YES ON 8,
A PROJECT OF CALIFORNIA
RENEWAL, as official proponents of
Proposition 8,

*Intervenor-Defendants-Appellants*.

On Remand From The United States Supreme Court

Filed August 6, 2013

Before: Stephen Reinhardt, Michael Daly Hawkins,
and N. Randy Smith, Circuit Judges.

**ORDER**

In accordance with the Supreme Court's opinion of June 26, 2013 as well as the resulting judgment, this appeal is dismissed for lack of jurisdiction. The clerk is directed to issue the mandate forthwith.